A. L. Fisher, appellee, v. George W. Faulkner and John P. Cook, trading as Faulkner & Cook (defendants). George W. Faulkner, appellant. Gen. No. 24,731.

Action to recover deposit on rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

Ellis & Westbrooks, for appellant; Richard E. Westbrooks, of counsel. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Frank J. O'Brien, appellee, v. Asher R. Gluck, appellant. Gen. No. 24,744.

Action to recover for false arrest. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the October term, 1918. Affirmed upon remittitur; otherwise reversed and remanded. Opinion filed March 10, 1919. Rehearing denied March 24, 1919.

Israel Cowen, for appellant. Robert E. Turney, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Mary Winter, appellee, v. Merchants Reserve Life Insurance Company, appellant. Gen. No. 24,784.

Action upon a life insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

Gideon S. Thompson, for appellant. John B. Heinemann, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

City of Chicago, appellee, v. Sherman Simmons, appellant. Gen. No. 24,808.

Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.

Edward H. Morris, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

City of Chicago, appellee, v. Arthur Johnson, appellant. Gen. No. 24,809.

Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.

Edward H. Morris, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.